# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR1909-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| GERARDO TERAN, | [Doc. No. 89] |
| Defendant. | |

Upon due consideration, good cause appearing, the Court **GRANTS** the United States' unopposed motion and **DISMISSES** the Indictment against Defendant Gerardo Teran without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: June 20, 2019

_____
HON. MICHAEL M. ANELLO
United States District Judge